over, practically the same evidence went to the jury without objection from the lips of two other witnesses.

2. There is ample evidence to support the verdict.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

---

### 14854. LONG *v.* THE STATE.

BROYLES, C. J. The verdict was demanded by the evidence, and none of the special grounds of the motion for a new trial shows reversible error. *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 14, 1923.

Indictment for manufacture of liquor; from Gilmer superior court—Judge Blair. June 9, 1923.

*John T. Dorsey,* for plaintiff in error.

*John S. Wood, solicitor-general,* contra.

---

### 14862. GILES *v.* THE STATE.

A conviction of voluntary manslaughter was authorized in this case.

DECIDED NOVEMBER 14, 1923.

Conviction of manslaughter; from Morgan superior court—Judge Park. June 23, 1923.

*E. R. Lambert,* for plaintiff in error.

*Doyle Campbell, solicitor-general, A. Y. Clement,* contra.

LUKE, J. The defendant was tried upon an indictment charging the offense of murder, and was convicted of voluntary manslaughter. The evidence was conflicting and the jury could have acquitted the defendant, but, as they had a right to do, they believed that part of the testimony which made a case of voluntary manslaughter. There was no error in overruling the motion for a new trial, which was based on the general grounds only.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*